IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02365-WJM-KLM

CLAYBORN CARRIKER, husband, and
DORIS CARRIKER, wife,

    Plaintiffs,

v.

CITY & COUNTY OF DENVER COLORADO, including its Denver International Airport Facility, and
ISS FACILITY SERVICES, INC.,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Defendant City & County of Denver's Unopposed Motion to Vacate Final Pre-Trial Conference** [#104][1] (the "Motion"). In consideration of the pending dispositive motions [##96, 97],

    IT IS HEREBY **ORDERED** that the Motion [#104] is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that the Final Pretrial Conference set for July 28, 2014 at 10:00 a.m. is **VACATED**. The Court will reset the Final Pretrial Conference, if necessary, after resolution of Defendant ISS Facility Services, Inc.'s Motion for Summary Judgment Pursuant to Fed. R. Civ. P. 56(a) [#96] and Defendant City & County of Denver's Second Motion to Dismiss Plaintiffs' Second Amended Complaint Pursuant to F.R.C.P. 12(b)(1), or in the Alternative, for Summary Judgment and Request for Trinity Hearing [#97].

    Dated: July 15, 2014

---

[1] "[#104]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.