**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No.  12-cv-02365-WJM-KLM

CLAYBORN CARRIKER, and
DORIS CARRIKER,

    Plaintiffs,

v.

CITY AND COUNTY OF DENVER, COLORADO,
ISS FACILITY SERVICES, INC.,

    Defendants.

---

## FINAL JUDGMENT

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a); all previous Orders entered in this case, and the Order Granting In Part And Denying In Part Defendant Denver's Renewed Motion to Dismiss, entered by the Honorable William J. Martínez, United States District Judge on October 23, 2014,

IT IS ORDERED that the ISS Facility Services' Motion for Summary Judgment (ECF No. 96) is GRANTED.

IT IS FURTHER ORDERED that the City and County of Denver's Motion for Summary Judgment (ECF No. 97) is GRANTED.

IT IS FURTHER ORDERED that Final Judgment is entered against Plaintiffs and in favor of Defendants on all claims.  Defendants shall have their costs.

Dated at Denver, Colorado this 23rd  day of October 2014.

BY THE COURT:
JEFFREY P. COLWELL, CLERK


By: s/Deborah Hansen
Deborah Hansen, Deputy Clerk